UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

HENRY TYWAN MCMULLEN,                )
                                     )
                     Plaintiff,      )
                                     )
          v.                         )     No. 2:25-cv-00114-JRO-MG
                                     )
T. LEFFLER, *et al.*,                )
                                     )
                                     )
                     Defendants.     )

**ORDER DISMISSING CASE AND DIRECTING ENTRY OF FINAL JUDGMENT**

On August 7, 2025, the Court gave the plaintiff through September 9, 2025, to show cause why his complaint should not be dismissed for failure to state a claim upon which relief may be granted or file an amended complaint. Dkt. 9. The deadline has passed without the plaintiff responding to the Court's order.

For the reasons stated in the Court's screening order, the plaintiff's allegations are insufficient to state a claim. Therefore, this action is **dismissed for failure to state a claim upon which relief can be granted**. 28 U.S.C. § 1915A; *see also Childress v. Walker,* 787 F.3d 433, 441 (7th Cir. 2015); *Paul v. Marberry,* 658 F.3d 702, 705 (7th Cir. 2011).

Also, because this case is being dismissed for failure to state a claim, the plaintiff is warned that it may constitute a "strike" under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* after having three cases or appeals dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Hill v. Madison Cty., Ill.,* 983 F.3d 904,

906 (7th Cir. 2020) ("It makes good sense for a judge who believes a dismissal to come within the scope of § 1915(g) to include notice to that effect," even though later courts must make the conclusive determination of whether each prior dismissal meets the statutory definition).

Final judgment shall now issue.

**IT IS SO ORDERED.**

Date: _____4/3/2026_____    _____

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

HENRY TYWAN MCMULLEN
921738
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838